No. 18-5261

United States Court of Appeals for the

District of Columbia Circuit

Citizens for Responsibility and Ethics in Washington and
Nicholas Mezlak,
*Plaintiffs-Appellees*

v.

Federal Election Commission
*Defendant-Appellee*

Crossroads Grassroots Policy Strategies
*Intervenor-Appellant*

Sai
*Amicum curiae*

## Letter update re non-opposition to *amicum* motion

*Amicum* has conferred with counsel for intervenor-appellant CGPS.

*Amicum* can now state that the motion is entirely unopposed. (CGPS and CREW both take no position on the motion; FEC does not oppose it.)

*Amicum* therefore respectfully requests that the Clerk update the docket entry for the motion to indicate that it is unopposed, and that this Court treat it as such under the local rules.

Respectfully submitted,

s/Sai

Sai, *amicum curiae, pro se*
legal@s.ai
+1 510 394 4724 phone / +1 206 203 2827 fax
500 Westover Dr. #4514, Sanford, NC 27330

## Certificate of service

I hereby certify that I served this paper on all parties via CM/ECF, on the date listed in the CM/ECF header above.

s/Sai

Sai, *amicum pro se*