# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 18-5261** | **September Term, 2018** |
| | **1:16-cv-00259-BAH** |
| | **Filed On:** October 15, 2018 |

Citizens for Responsibility and Ethics in Washington and Nicholas Mezlak,

      Appellees

      v.

Federal Election Commission,

      Appellee

Crossroads Grassroots Policy Strategies,

      Appellant

## O R D E R

Upon consideration of the unopposed motion for leave to participate as amicus curiae filed by Sai, it is

**ORDERED** that leave to participate as amicus be granted.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

            BY:    /s/
                      Amy Yacisin
                      Deputy Clerk